**UNITED STATES DISTRICT COURT**
**THE DISTRICT OF NEW JERSEY**

| | |
|---|---|
| JEAN L. DORVAL,<br><br>    Plaintiff,<br><br>    v.<br><br>STATE OF NEW JERSEY, DEPARTMENT OF THE TREASURY, ET AL.,<br><br>    Defendants. | Civil Action No. 20-cv-5997<br><br>DOCUMENT FILED ELECTRONICALLY<br><br>**NOTICE OF MOTION** |

**PLEASE TAKE NOTICE** that on September 8, 2020, or as soon thereafter as counsel may be heard, the undersigned, attorney for Defendant John Furda ("Defendant") will apply to the United States District Court, District of New Jersey, for an order dismissing the complaint as to Defendant with prejudice.

**PLEASE TAKE FURTHER NOTICE** that it is requested that the Court consider this motion on the papers submitted unless opposition is entered, in which case oral argument is requested. In support of his motion, Defendant will rely upon the attached Brief. A proposed form of Order is attached.

GURBIR S. GREWAL
ATTORNEY GENERAL OF NEW JERSEY

By:   s/ Robert J. McGuire
Robert J. McGuire (046361992)
Deputy Attorney General

DATE: July 28, 2020

-1-