Donald A. DiGioia, Esquire
Attorney ID# 011611976
Donald A. DiGioia Law Group, P.A.
1299 Route 22 East
Mountainside, New Jersey 07092
(908) 789-9000
Attorneys for Plaintiff Jean L. Dorval

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| JEAN L. DORVAL, | : Civil Action No. 2:20-cv-5997-KM-CLW |
| Plaintiff, | : Civil Action |
| vs. | : |
| STATE OF NEW JERSEY, TREASURY DEPARTMENT; THOMAS KOCZUR, in his individual and official capacity; JOHN DOE(s) 1-5; JOHN FURDA, in his individual and official capacity; JOHN DOE(s) 6-10 | : STIPULATION OF DISMISSAL WITH PREJUDICE AS TO THE FOLLOWING NAMED DEFENDANTS ONLY |
| Defendants. | : |

The matter in difference in the above-entitled action having been amicably adjusted by and between plaintiff Jean L. Dorval and defendants State of New Jersey, Treasury Department, the Union County Prosecutor's Office and John Furda, only, it is hereby stipulated and agreed that the same be, and hereby is, dismissed with prejudice and without costs against either party

named above only, and the remaining named defendants are not parties to this Stipulation.

Dated: April 7, 2022.

Donald A. DiGioia Law Group, P.A.
Attorneys for Plaintiff

Office of the Attorney General
Attorneys for Defendants State of New Jersey,
Treasury Department, Union County
Prosecutor's Office, and John Furda

_s/ Donald A. DiGioia_
By: Donald A. DiGioia, Esquire

_s/ D.A.G Robert J. McGuire_
By: D.A.G. Robert J. McGuire

**IT IS SO ORDERED.**

**s/ Kevin McNulty**
**Hon. Kevin McNulty**
**U.S. District Judge**
**Date: 11/9/2022**